IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| **KAMILIA HARDEN**<br><br>      **Plaintiff,**<br><br> vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,  et al.**<br><br>      **Defendants.** | **Case No.: 8:22-cv-2835** |

## NOTICE OF REMOVAL

Comes now Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. 1441, and provides notice of removal of a civil action from the District Court for Montgomery County, Maryland.  In support of the removal, Defendant states as follows:

On or about July 29, 2022, Plaintiff filed this action in the District Court for Prince George's County, Maryland, under the caption *Kamilia Harden v. Nichelle Ricarda,* Civil No. 050200033882022.  On or about October 21, 2022, Plaintiff filed a second amended complaint naming WMATA as a Defendant under the caption *Kamilia Harden v. Ricarda Nichelle Kennedy and Washington Metropolitan Area Transit Authority,* Civil No. 050200033882022.

WMATA received the complaint on or about October 11, 2022.  WMATA received the second amended complaint from Plaintiff on October 21, 2022.

The Summons and Complaint, filed in the District Court for Prince George's County, Maryland accompany this Removal.

This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as

amended, reprinted at Md. Transp. Code Ann. 10-204(81) which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Wherefore, Defendant, WMATA, requests that the entire action now pending in the District Court in Prince George's County, Maryland be removed to this Court.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


By:  */s/ Sarah E. Allison*
Sarah E. Allison #20455
Office of the General Counsel
300 7th Street, SW
Washington, D.C. 20024
202.962.6090
202.962.2550 (fax)
eallison@wmata.com

2

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal was electronically served on Wednesday, November 2, 2022, on:

Marvin Liss
5225 Wisconsin Ave, NW Suite 504
Washington DC 20015
marvin@mlisslaw.com


                                                  */s/ Sarah E. Allison*
                                                Sarah E. Allison #20455