IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| KAMILIA HARDEN<br>3407 13th Place, SE<br>Washington, DC 20032 | :<br>:<br>: |
| Plaintiffs | : |
| vs. | :     Civil No.: 050200033882022 |
| RICARDA NICHELLE KENNEDY<br>6604 Woodstream Drive<br>Lanham, Maryland 20706 | :<br><br>: |
| And | : |
| WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORTIY | : |
| SERVE: Randy Clarke<br>        600 5th Street, NW<br>        Suite 2-D<br>        Washington, DC 20001 | :<br><br>:<br><br>: |
| Defendants | : |

### SECOND AMENDED COMPLAINT

**COME NOW** the Plaintiff, Kamilia Harden, by and through her attorney, **MARVIN LISS**, and sues the Defendant, Ricarda Nichelle Kennedy and Washington Metropolitan Area Transit Authority, and for causes of action states:

### COUNT I
### (NEGLIGENCE)

1. That on or about November 3, 2021 at approximately 4:15 pm, the Plaintiff, Kamilia Harden, while exercising due care for her own safety, was operating a motor vehicle along Alabama Avenue, SE in Washington, DC.

2. That at the same time and place aforementioned, the Defendant, RICARDA NICHELLE KENNEDY, was operating a motor vehicle along Alabama

Avenue, SE in Washington, DC.

3. That at the same time and place aforementioned, it became the duty of said Defendant to operate her motor vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around her and ahead of her, to pay full time and attention; to maintain control of her vehicle; to travel at appropriate speeds; to observe all traffic devices and to observe all the traffic laws, rules and regulations of the District of Columbia.

4. That notwithstanding the aforementioned duties, said Defendant failed in the performance thereof, and negligently and recklessly caused her motor vehicle to violently strike the Plaintiff's vehicle in the rear.

5. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff sustained severe personal injuries to, including, but not limited to, her chest, neck, head, back, shoulders and shock to her central nervous system(s).

6. That as a direct and proximate result of said Defendant's negligence, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

7. That as a direct and proximate result of said Defendant's negligence, Plaintiff has incurred a loss of salary and/or wage.

**WHEREFORE,** the Plaintiff, Kamilia Harden, claims of the Defendant, RICARDA NICHELLE KENNEDY, damages in the amount of Thirty Thousand and 00/100 dollars ($30,000.00) plus interest and costs of suit herein.

COUNT II

NEGLIGENCE – WMATA

1. That on or about November 3, 2021 at approximately 4:15 pm, the Plaintiff, Kamilia Harden, while exercising due care for her own safety, was operating a motor vehicle along Alabama Avenue, SE in Washington, DC.

2. That at the same time and place aforementioned, the Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), by and through its agent, servant, employee or permittee, RICARDA NICHELLE KENNEDY, was operating a motor vehicle along Alabama Avenue, SE in Washington, DC.

3. That at the same time and place aforementioned, it became the duty of said Defendant to operate and/or to have its motor vehicle operated in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around it and ahead of it, to pay full time and attention; to maintain control of its vehicle; to travel at appropriate speeds; to observe all traffic devices and to observe all the traffic laws, rules and regulations of the District of Columbia.

4. That notwithstanding the aforementioned duties, said Defendant, by and through its agent, servant, employee and/or permittee, failed in the performance thereof, and negligently and recklessly caused its motor vehicle to violently strike the Plaintiff's vehicle in the rear.

5. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff sustained severe personal injuries to, including, but not limited to, her chest, neck, head, back, shoulders and shock to her central nervous system(s).

6. That as a direct and proximate result of said Defendant's negligence, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

7. That as a direct and proximate result of said Defendant's negligence, Plaintiff has incurred a loss of salary and/or wage.

**WHEREFORE,** the Plaintiff, Kamilia Harden, claims of the Defendant, WMATA, damages in the amount of Thirty Thousand and 00/100 dollars ($30,000.00) plus interest and costs of suit herein.

/s/Marvin Liss
Marvin Liss
CPF 8612010316
5225 Wisconsin Avenue, NW
Suite 504
Washington, DC  20015
(202) 237-6300
marvin@mlisslaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21ST day of October, 2022, 2017 the foregoing was mailed first class, postage prepaid to the individual Defendant and was electronically served on WMATA as follows:

Nichelle Richarda
6604 Woodstream Drive
Lanham, MD  20706

And

Sarah Allison, Esquire
WMATA
300 7th Street, SW
Washington, DC  20024
eallison@wmata.com

/s/ Marvin Liss
Marvin Liss